| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | **Order Filed on April 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Sheryl E. Picard,<br><br>                Debtor | Case No.: 23-12489<br><br>Chapter: 13<br><br>Hearing Date: April 19, 2023 @ 9am<br><br>Judge: CMG |

### ORDER GRANTING
### MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: April 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay under §362(a) is hereby extended as to all creditors served with the notice of motion , as well as the following secured creditors:

    a.  **Select Portfolio Servicing.**