| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on April 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Sheryl E. Picard,<br><br>                Debtor | Case No.: 23-12489<br><br>Chapter: 13<br><br>Hearing Date: April 19, 2023 @ 9am<br><br>Judge: CMG |

### ORDER GRANTING
### MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: April 20, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay under §362(a) is hereby extended as to all creditors served with the notice of motion , as well as the following secured creditors:

    a.    **Select Portfolio Servicing.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12489-CMG |
| Sheryl E. Picard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 20, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheryl E. Picard, 11 Albert Drive, Old Bridge, NJ 08857-2529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Sheryl E. Picard courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4