UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon, et al.

In Re:

Sheryl E. Picard,

Debtor.

Case No.:      23-12489-CMG

Chapter:            13

Hearing Date:     7/5/2023

Judge:           Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 19)

_____

Date: 6/30/2023                                    /s/ Denise Carlon
                                                   Signature

*rev.8/1/15*