| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-12489 / CMG**

Sheryl E. Picard

Petition Filed Date: 03/27/2023
341 Hearing Date: 04/27/2023
Confirmation Date: 07/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2023 | $2,588.00 | | 06/08/2023 | $2,588.00 | | 07/24/2023 | $2,588.00 | |
| 08/16/2023 | $2,703.00 | | 09/26/2023 | $2,703.00 | | 10/27/2023 | $2,703.00 | |
| 12/04/2023 | $2,703.00 | | | | | | | |

**Total Receipts for the Period:  $18,576.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $18,576.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sheryl E. Picard | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,080.00 | $4,080.00 | $0.00 |
| 1 | THE BANK OF NEW YORK MELLON TRUST<br>»»  P/11 ALBERT DR/1ST MTG/ORDER 7/7/23 | Mortgage Arrears | $139,236.42 | $10,620.39 | $128,616.03 |
| 2 | Overlook Hospital<br>»»  AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12489 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,576.00 | Plan Balance: | $140,671.00 ** |
| Paid to Claims: | $14,700.39 | Current Monthly Payment: | $2,703.00 |
| Paid to Trustee: | $1,396.96 | Arrearages: | $5,521.00 |
| Funds on Hand: | $2,478.65 | Total Plan Base: | $159,247.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.