Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12489−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl E. Picard
   11 Albert Drive
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−7377

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/1/24 at 09:00 AM

to consider and act upon the following:

*32* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 4/15/2024. (Russo, Albert)


Dated: 4/16/24

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court